## United States District Court
### Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA43 | F5380951 | C. Bieber | 2392 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/07/2021 | 261.5(d) |

Place of Offense: 3N96 off 3N20

Offense Description: Factual Basis for Charge — HAZMAT ☐

campfire left unattended.

**DEFENDANT INFORMATION**

Last Name: Hudson   First Name: Matthew

Tag No: 36847T2   State: CA   Year: ___   Make/Model: Ford F350   Color: BLK

**APPEARANCE IS REQUIRED** — A ☐ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL** — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 350   Forfeiture Amount
+ $30   Processing Fee
$ 380   Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___   Date (mm/dd/yyyy): ___   Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

Defendant Signature: ___

Original - CVB Copy



*F5380951*   FS-5300-4 (1/2021)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/07, 20 21 while exercising my duties as a law enforcement officer in the My wqk District of Stanislaus National Forest, on forest road 3N96 between 3N01 and 3N20, observed an unattended campfire actively burning in a dispersed campsite. 3 pickup trucks and 2 campers encircled the site, and appeared to belong to the occupants. One vehicle, containing firewood, was used to identify the owner, Matthew Hudson, as a likely occupant of the site. As the citation was issued, 2 men returned to the site, confirmed they were the occupants, and had attended the campfire along with Matthew Hudson, who had not yet returned. The citation had already been issued to Mr. Hudson, and the two men were advised to contribute to payment of the fine. Fire was extinguished.

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/07/2021   Officer's Signature: ___

Probable cause has been stated for the issuance of a warrant.

Executed on: ___   U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident.